[No. 24617–8–I.   Division One.   June 18, 1990.]

HOWARD D. FLETCHER, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King

County, No. 88–2–17234–0, George H. Revelle, J. Pro Tem., entered July 21, 1989. *Reversed* by unpublished opinion per Forrest, J., concurred in by Grosse, A.C.J., and Winsor, J.